# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JEAN YVONNE MILLER, | : | No. 3:17cv1452 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Arbuckle) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social | : | |
| Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 12th day of August 2019, it is **HEREBY ORDERED** as follows:

1. The plaintiff's objections to the Report and Recommendation (Doc. 22) are **GRANTED**;

2. The Report and Recommendation of Magistrate Judge Arbuckle (Doc. 19) is **NOT ADOPTED**;

3. The Commissioner's decision denying the plaintiff's claims for disability insurance benefits, disabled widow benefits, and SSI is **VACATED**;

4. The Clerk of Court is directed to enter **JUDGMENT** in favor of the plaintiff and against the defendant;

5. This case is **REMANDED** to the Commissioner for further proceedings consistent with this memorandum; and

6. The Clerk of Court is directed to **CLOSE** this case.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**